# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRENCE JEFFERSON**                                                    **PLAINTIFF**

**v.**                         **Case No. 4:18-cv-00674-KGB**

**FAULKNER COUNTY DETENTON**                             **DEFENDANTS**
**CENTER UNIT 2,** *et al***.**

## ORDER

Plaintiff Terrence Jefferson, an inmate at the Pope County Detention Center when he filed suit, filed a *pro se* complaint on September 14, 2018 (Dkt. No. 1). On December 14, 2018, the Court directed Mr. Jefferson to file an amended complaint on or before January 14, 2019 (Dkt. No. 7). Mr. Jefferson was advised that, if he failed timely comply with the Court's December 14, 2018 Order, this case would be dismissed without prejudice (Dkt. No. 7, at 5). Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.")

As of the date of this Order, Mr. Jefferson has not complied with the Court's Order of December 14, 2018, and the time for doing so has passed. The Court also notes that mail from the Court to Mr. Jefferson at his address of record has been returned as undeliverable (Dkt. No. 8). It appears that Mr. Jefferson changed addresses without updating his information with the Court. For the reasons described above, the Court dismisses this case without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

So ordered this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge